

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00343-CV

Brittany **RETLEDGE** and Arnold Lamotte, Jr.,
Appellants

v.

Misty **SANTANA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04147
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we VACATE the trial court's judgment and DISMISS the case as moot.

No costs are assessed against appellants because they are indigent.

SIGNED May 26, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice